FILED
JUL 23 2009
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEVIN RONDEAU, )
)
    Plaintiff, )
)
v. ) Civil Action No. **09 1360**
)
INTERNAL REVENUE SERVICE, *et al.*, )
)
    Defendants. )

### TRANSFER ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that this civil action is TRANSFERRED to the United States District Court for the District of New Hampshire.

SO ORDERED.

/s/ *Roberts*
───────────────────────
United States District Judge

DATE: 7-16-09