CLOSED, JURY, PROSE–NP, TRANSFERRED, TYPE–L

# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:09–cv–01360–UNA

RONDEAU v. INTERNAL REVENUE SERVICE et al
Assigned to: Unassigned
Demand: $33,000,000
Cause: 42:1983 Civil Rights Act

Date Filed: 07/23/2009
Date Terminated: 07/23/2009
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**KEVIN RONDEAU**     represented by    **KEVIN RONDEAU**
P.O. Box 1065
Rochester, NH 03866
PRO SE

V.

**Defendant**

**INTERNAL REVENUE SERVICE**

**Defendant**

**MARK W. EVERSON**
*Commissioner*

**Defendant**

**NEW HAMPSHIRE SUPREME COURT**

**Defendant**

**JOHN T. BRODERICK, JR.**
*New Hampshire Supreme Court*

**Defendant**

**LINDA S. DALIANIS**
*Senior Associate Justice, New Hampshire Supreme Court*

**Defendant**

**JAMES E. DUGGAN**
*Associate Justice, New Hampshire Supreme Court*

**Defendant**

**RICHARD E. GALWAY**
*Associate Justice, New Hampshire Supreme Court*

**Defendant**

### GARY E. HICKS
*Associate Justice, New Hampshire Supreme Court*

**Defendant**

### DAVID A. BROCK
*Former Chief Justice, New Hampshire Supreme Court*

**Defendant**

### JOSEPH P. NADEAU
*Former Associate Justice, New Hampshire Supreme Court*

**Defendant**

### BRUCE R. LARSON
*Special Justice*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/23/2009 | Ï 1 | COMPLAINT against DAVID A. BROCK, JOSEPH P. NADEAU, BRUCE R. LARSON, INTERNAL REVENUE SERVICE, MARK W. EVERSON, NEW HAMPSHIRE SUPREME COURT, JOHN T. BRODERICK, JR, LINDA S. DALIANIS, JAMES E. DUGGAN, RICHARD E. GALWAY, GARY E. HICKS (Filing fee $ 0.00) filed by KEVIN RONDEAU. (Attachments: # 1 Civil Cover Sheet)(ls, ) (Entered: 07/27/2009) |
| 07/23/2009 | Ï | SUMMONS Not Issued as to DAVID A. BROCK, JOSEPH P. NADEAU, BRUCE R. LARSON, INTERNAL REVENUE SERVICE, MARK W. EVERSON, NEW HAMPSHIRE SUPREME COURT, JOHN T. BRODERICK, JR, LINDA S. DALIANIS, JAMES E. DUGGAN, RICHARD E. GALWAY, GARY E. HICKS (ls, ) (Entered: 07/27/2009) |
| 07/23/2009 | Ï 2 | MOTION for Leave to Proceed in forma pauperis by KEVIN RONDEAU (Attachments: # 1 Civil Cover Sheet)(ls, ) (Entered: 07/27/2009) |
| 07/23/2009 | Ï 3 | MEMORANDUM OPINION Signed by Judge Richard W. Roberts on 7/16/09. (ls, ) (Entered: 07/27/2009) |
| 07/23/2009 | Ï 4 | ORDER TRANSFERRING PRO SE CASE to the USDC for the District of New Hampshire. Determination of whether plaintiff should be permitted to proceed further without pre−payment of fees to be decided by the Transferee Court. Signed by Judge Richard W. Roberts on 7/16/09. (ls, ) (Entered: 07/27/2009) |
| 08/17/2009 | Ï | Case transferred out to the USDC for the District of New Hampshire, pursuant to Court Order entered 7/23/09. Sent to Court Electronically. (ls, ) (Entered: 08/17/2009) |