UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Kevin Rondeau
PO Box 1065
Rochester, NH 03866

## ORDER - FILING FEE OMITTED

In re: File No. 09-cv-289-JL, Kevin Rondeau v. Internal Revenue Service

    The above-captioned action was received by the court on August 24, 2009, but items necessary to docket the case were not included. Either the filing fee or a motion to proceed in forma pauperis must be submitted to the court by October 24, 2009.

    **Filing Fee**. Filing fee in the amount of $350, may be in cash, certified bank check or money order (made payable to Clerk, U.S. District Court), or by credit card (Visa, MasterCard, Discover, Diners Club, or American Express). The court does not accept personal checks.

- O R -

    **In Forma Pauperis**. If in forma pauperis status is sought:

- Motion to Proceed In Forma Pauperis (USDCNH-13 or substantially similar filing)
- Financial Declaration (USDCNH-15 or substantially similar filing)

    This action will not be considered a civil case or any action taken until the appropriate fee has been received or in forma pauperis status has been granted.

    By the Court,

August 24, 2009                        Ann Mulvee
                                            Deputy Clerk