UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Kevin Rondeau

    v.                      Civil No. 09cv-289-JL

US Internal Revenue
Service, et al.

**ORDER OF RECUSAL**

As Judges Hicks, Broderick and Dalianis have been sued in their personal capacity, I hereby recuse myself from presiding over this case.

**SO ORDERED.**

*/s/ Joe Laplante*
Joseph N. Laplante
United States District Judge

Dated:   November 2, 2009

cc:  Kevin Rondeau, pro se