UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Kevin Rondeau

        v.                Civil No. 09-cv-289-JD

US Internal Revenue Service, et al.

O R D E R

On July 23, 2009, the above-captioned case was ordered transferred to this District from the District of Columbia. Pursuant to the Memorandum filed in the District of Columbia on July 23, 2009, resolution of the plaintiff's application to proceed in forma pauperis was left for the transferee court to decide. Accordingly, after receipt of the file documents, an Order was issued on August 24, 2009, requesting the plaintiff to either the submit the case filing fee or a motion to proceed in forma pauperis by October 24, 2009.

As no fee nor motion to proceed in forma pauperis has been filed by the plaintiff, the case is herewith ordered dismissed without prejudice.

SO ORDERED.

November 2, 2009

                                        /s/ Joseph A. DiClerico, Jr.
                                        Joseph A. DiClerico, Jr.
                                        United States District Judge

cc:      Kevin Rondeau, pro se